AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

**SEALED**

United States of America
v.

Charles A. Brady,

*Defendant(s)*

)
)
)
)
)
)
)
)

Case No.

1:21-mj-0900

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___September 17, 2021___ in the county of ___Marion___ in the

___Southern___ District of ___Indiana___ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Possession of a Firearm by a Convicted Felon |

This criminal complaint is based on these facts:

See Attached Affidavit.

☑ Continued on the attached sheet.

/s/ Aaron Carter
_____
*Complainant's signature*

TFO Aaron Carter, ATF
_____
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed.R.Crim.P. 4.1 by
___telephone___ *(reliable electronic means)*

Date:  ___September 27, 2021___

City and state:  ___Indianapolis, Indiana___



Doris L. Pryor
United States Magistrate Judge
Southern District of Indiana

## AFFIDAVIT IN SUPPORT OF
## APPLICATION FOR CRIMINAL COMPLAINT

I, Aaron J. Carter being duly sworn, depose and states:

1.      I am a Police Officer with the Indianapolis Metropolitan Police Department (IMPD) as defined in I.C.35-41-1-17(a), and have been so employed since 2001.  In addition, I am a federally sworn Tasks Force Officer (TFO) with the Bureau of Alcohol Tobacco Firearms and Explosives (ATF).  During my tenure as an officer, I have participated in numerous criminal investigations.  I have received extensive training and experience in the conduct of criminal investigations, and those matters involving Firearms and the trafficking of narcotics.

2.      During my employment with the IMPD, I have conducted and participated in many investigations involving violations of both State and Federal laws relating to firearms and narcotics. I have participated in the execution and numerous federal and state arrest warrants in such investigations.  I have had extensive training in many methods used to commit acts of violence contrary to both laws of the State of Indiana and the United States Government.

3.      This affidavit is in support of an application for a complaint charging Charles A. BRADY of Indianapolis, Indiana with Possession of a Firearm by a Convicted Felon, in violation of Title 18, United States Code, Section 922(g)(1).

4.      This affidavit is based upon my personal involvement in this investigation, my training and experience, my review of relevant evidence, and information supplied to me by other law enforcement officers.  It does not include each and every fact known to me about the investigation, but rather only those facts that I believe are sufficient to establish the requisite probable cause.

## FACTS AND CIRCUMSTANCES SUPPORTING PROBABLE CAUSE

5.      On Friday, September 17, 2021 at approximately 5:34 PM, IMPD Officer Joshua Smith was patrolling the area of 3800 Industrial Boulevard in full IMPD police uniform and in a fully-marked police vehicle.  Officer Smith was travelling northbound on Industrial Boulevard.  A blue 2019 Chevrolet Camaro (Indiana plate 319BQG) was travelling southbound.  The Camaro crossed the double yellow line and almost struck Officer Smith's vehicle.  Officer Smith had to move to the shoulder to avoid the collision. Officer Smith turned around to conduct a traffic stop with the Camaro.

6.      Officer Smith approached the vehicle and encountered the driver, identified by Indiana identification card as Charles BRADY.  Officer Smith detected the strong odor of an alcoholic beverage emanating from the vehicle.  Officer Smith checked BRADY's driving license status and for warrants.  It was confirmed BRADY had an active arrest warrant out of Marion County for resisting law enforcement, under cause number; 49D34-2001-CM-001317.

7.      BRADY was placed under arrest for his warrant.  Officer Smith ordered a tow for the Camaro and IMPD Officer Jeremy Bless was assigned to conduct an inventory of the vehicle. During the inventory of the vehicle, Officers located suspected marijuana "shake" or fragments of vegetation on the floorboards.  Officer Bless also located a clear baggie containing a dry vegetative substance in-between the front passenger seat and the center console. Officer Smith, through his training and experience, believes this to be the narcotic known commonly as "Spice". IMPD Officer Rene Reynoso assisting in the inventory of the Camaro, located a black 9mm Taurus G2c (SN: TMR87694) under the driver's seat.

8.      Officer Smith checked BADY for a handgun permit and found no active handgun license. IMPD Officer and ATF Gun Liaison Ryan Bowersox, took photos and collected the Taurus and

suspected "spice", giving custody to Officer Smith, who is also an ATF Gun Liaison. Officer

Smith read BRADY his Miranda Rights which BRADY stated he understood.  BRADY stated

the following: (1) the Taurus was his and he purchased it from a private seller, (2) uses the

handgun as self-defense because of how things are right now, (3) it is likely his fingerprints and

DNA would be on the Taurus.  BRADY stated he is aware he should not be in possession of a

firearm, due to his felony priors.  BRADY stated the marijuana, which is suspected "spice"

belonged to him.

9.      The firearm (Taurus, model G2c 380 caliber, serial number #TMR87694) was not

manufactured in Indiana and as result would have traveled through interstate or foreign

commerce to arrive in the state.


10.     BRADY has been previously convicted of the following crimes which was punishable by

a term of imprisonment exceeding one year: (1) Residential Entry, a Level 6 felony, under

Marion County (Indiana) cause number 49G16-1807-F6-022908, on or about September 10,

2018; and/or, (2) Dealing in a Narcotic Drug, a Level A felony, under Marion County (Indiana)

cause number 49G20-0909-FA-077165, on or about June 01, 2010; and/or, (3) Robbery, a Level

C felony, under Marion County (Indiana) cause number 49G06-0609-FB-175751, on or about

May 15, 2008.

11.     All events occurred in Marion County, Southern District state of Indiana.

## CONCLUSION

12.     Based on the foregoing, there is probable cause to believe that on or about September 17

2021, CHARLES A. BRADY committed the offense of Possession of a Firearm by a Convicted

Felon, in violation of Title 18, United States Code, Section 922(g)(1).  I respectfully request this

Court issue a Criminal Complaint charging BRADY accordingly, along with a warrant for his

arrest.


/s/ Aaron J. Carter
Aaron J. Carter
Task Force Officer
Bureau of Alcohol, Tobacco, Firearms, and Explosives


        Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1
by telephone.


        DATE: September 27, 2021

